JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RONALD JAMES BREWER, | ) | No. ED CV 11-01346-DMG (VBK) |
| Plaintiff, | ) ) | ORDER FOR VOLUNTARY DISMISSAL |
| v. | ) ) | |
| FRANK TAYLOR, et al., | ) ) | |
| Defendants. | ) ) | |

    On September 12, 2011, Ronald James Brewer (hereinafter referred to as "Plaintiff"), appearing pro per, filed a Civil Rights Complaint pursuant to 42 U.S.C. §1983, pursuant to the Court's Order re Leave to File Action without Prepayment of Full Filing Fee.

    Plaintiff named as Defendants Captain Frank Taylor and Lt. Gay Fredrickson in their individual capacities. (Complaint at 2-3.) Plaintiff alleges that Defendants were "deliberately indifferent" on March 8, 2011 in responding to Plaintiff's grievances. Plaintiff alleges that on March 7, 2011, he lodged a complaint against jail officials arguing that the 30-day review of an inmate's administrative segregation placement accorded by the Riverside County Sheriff's department did not comport with due process. (Complaint at ¶ 18.)

1  Plaintiff alleges that Defendant Lt. Fredrickson's response was
2  provided within 24 hours of the initial complaint, which is unheard of
3  in Plaintiff's experience with jail grievances, and the response
4  references a vague reason (which Plaintiff alludes is a ruse) for
5  Plaintiff's placement in administrative segregation, even though no
6  explanation for such placement was sought by Plaintiff in the March 7,
7  2011 complaint. (Complaint at ¶ 19.)  Plaintiff also alleges on March
8  8, 2011, he received a response from Defendant Captain Taylor, which
9  was a "cover or a ruse to silence and punish Plaintiff for his
10 successful use of the jail's grievance system." (Complaint at ¶ 20.)
11 Defendant Captain Taylor allegedly asserted in his response to
12 Plaintiff's grievance that "you requested a written response as to
13 your placement in administrative segregation.  Lt. Fredrickson
14 responded to your grievance dated March 7, 2011, regarding your
15 placement in administrative segregation and provided you with the
16 reason, thus satisfying your request for a written response."  Id.
17 Defendant Captain Taylor stated in his March 8, 2011 decision, to
18 suspend Plaintiff's grievance rights "based on Plaintiff's repeated
19 grievances regarding the same issue." (Id.)   Plaintiff's grievance
20 privilege was thereafter suspended.
21      Plaintiff alleges a violation of his rights under the First
22 Amendment by jail officials who retaliated against him by using the
23 grievance procedure to silence and punish him for his successful use
24 of the grievance system to improve jail conditions. (Complaint at p.
25 5.)
26      On September 16, 2011, the Court issued an Order re Dismissal
27 with Leave to Amend.
28      On October 21, 2011, Plaintiff filed a document entitled

2

1  "Plaintiff Request the Court Enter an Order of Judgment."  Plaintiff
2  states that he does not wish to amend the Complaint.
3     On December 20, 2011, Plaintiff filed a document entitled "Re
4  Entry of Judgment."  Plaintiff requests the Court enter judgment
5  dismissing the Complaint.
6     Pursuant to Fed.R.Civ.P. 41(a)(2), the Court grants Plaintiff's
7  request to dismiss the Complaint.
8     **IT IS THEREFORE ORDERED** that this action is dismissed.

10 DATED: January 23, 2012
11                                    DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE

3